Randall HUTCHERSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62032.

Missouri Court of Appeals,
Western District.

July 22, 2003.

Ruth B. Sanders, State Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, Stephanie Morrell, Assistant Attorney General, Jefferson City, for respondent.

Before HAROLD L. LOWENSTEIN, P.J., JAMES M. SMART, JR., and EDWIN H. SMITH, JJ.

*Order*

PER CURIAM.

Randall Hutcherson appeals the denial of his motion for post-conviction relief under Rule 29.15. The judgment is affirmed. Rule 84.16(b).